IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| Leslie W. Sunderhaus, | ) | C/A No.: 0:17-cv-00383-JFA-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER OF ABSTENTION |
| WECTEC Global Project Services, Inc., | ) | |
| Defendant. | ) | |

Counsel for defendant WECTEC Global Project Services, Inc. ("Defendant"), has advised this court that Defendant filed a petition in the United States Bankruptcy Court for the Southern District of New York under Chapter 11 of the Bankruptcy provisions of the United States Code on March 29, 2017 (Case Number 17-10751 (MEW)). [ECF No. 9]. Pursuant to 11 U.S.C. § 362(a)(1), the court stays further proceedings in this action against the Defendant until such time as the stay is lifted or otherwise modified. Counsel for Defendant is directed to apprise the court of the lifting or modification of the stay.

IT IS SO ORDERED.

April 20, 2017
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge